# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 99-WM-1866 (BNB)

MICHAEL MILLIGAN

    Plaintiff,

v.

Brian Matthews, et al.

    Defendants.

## CHAPTER 7 TRUSTEE'S STATUS REPORT

Kevin P. Kubie, Chapter 7 Trustee, submits the following status report as ordered by the Court on March 31, 2005.

1. The Chapter 7 trustee received the fully executed Settlement Agreement and General Release executed by all parties on June 24, 2005.

2. The Chapter 7 trustee found mathematical errors in the Settlement Agreement while preparing the motion for approval of the Settlement Agreement. He believes that the parties still have an agreement in principal, but need to rework the Settlement Agreement.

3. The trustee has prepared the appropriate motions for submission of the Settlement Agreement to the Bankruptcy Court, but has postponed filing them until resolution of the mathematical errors.

Respectfully submitted this 10th day of July, 2005.

    /s/ Kevin P. Kubie
    Kevin P. Kubie, Reg. No. 2726
    Chapter 7 Trustee
    P.O. Box 8928
    Pueblo, Colorado 81008-8928
    (719) 545-1153