IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 99-cv-02030-WDM-BNB

MICHAEL MILLIGAN,

Plaintiff,

v.

BRIAN MATTHEWS, *et al.*,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Chapter 7 Trustee's Status Report** filed August 29, 2005. The Status Report indicates that the Trustee has submitted to the United States Bankruptcy Court a motion to approve compromise and settlement of matters raised in this case.

IT IS ORDERED that the Trustee shall submit further status reports quarterly addressing the status of the case in the Bankruptcy Court, and shall file a status report within 10 days of any ruling by the Bankruptcy Court on the motion to approve compromise and settlement.

Dated August 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge