IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-WM-2030 (BNB)

MICHAEL MILLIGAN,

Plaintiff,

v.

BRIAN MATTHEWS, et al.,

Defendants,

---

## SATISFACTION OF JUDGMENTS

---

Whereas, on September 22, 2004, this court entered an Amended Judgment in the above captioned case against defendant Brian Matthews, together with attorneys' fees and expenses with post judgment interest at the legal rate of 2.09% from the date of entry of the judgment as well as judgment for costs entered on October 9, 2003 and amended on August 12, 2004.

The judgment has been fully and finally paid. At the time of payment Kevin P. Kubie, Chapter 7 Trustee, Case 04-36837, was the substituted plaintiff in this action per Order filed February 28, 2005. The satisfaction and cancellation by the clerk of court of the judgments on the record is authorized by this instrument.

Dated: November 2, 2006.

/s/ Kevin P. Kubie
Kevin P. Kubie, Reg. No. 2726
Chapter 7 Trustee
P.O. Box 8928
Pueblo, CO 81108-8928